MARY D. SHANNON, Appellant, v. FRANCIS SHANNON, Respondent.— Order reversed on the law and facts, with ten dollars costs and disbursements, and motion granted to the extent of allowing plaintiff $100 counsel fees, without costs. All concur. (The order denies plaintiff's motion for temporary alimony and counsel fees in an action for a separation.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

CHARLES MESSINGER, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur, except Taylor, J., who dissents and votes for reversal and for denial of the motion. (See *Bennett* v. *Edison Electric Ill. Co.*, 18 App. Div. 410; affd., 164 N. Y. 131.) (The order directs a trial at Equity Term of the issues raised by the counterclaims of defendant and plaintiff's reply in an action to recover total disability benefits under life insurance policies.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

UDDO TAORMINA CORPORATION, Appellant, v. WILLIAM ROBINSON and JOHN GENTILE, Individually and as Copartners, Doing Business under the Firm Name and Style of ROBINSON & GENTILE, Respondents.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff for $68.52 in an action to recover for goods sold and delivered. The defendants had offered judgment for $102.62 which was not accepted by plaintiff.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

FRED BECKER, Respondent, v. WILLIAM GREENHOUSE and Others, Doing Business, etc., Appellants, and DAWSON BROS. CONSTRUCTION Co., INC., and Another, Respondents.— Judgments and order affirmed, with costs. All concur. (The judgment is for plaintiff against defendants Greenhouse Bros. and Finkelstein in a negligence action. The order denies defendants' motion for a new trial. Two other judgments dismiss the counterclaim of appellants against defendants Dawson Bros. and Heckerman Iron Works.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

HARRY L. ROCKWELL, Respondent, v. DOMINICK VACCO and NICHOLAS FRANCHER, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants plaintiff's motion to set aside the verdict of a jury in favor of plaintiff and grants a new trial on the ground that the verdict was for insufficient damages in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.